AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| JARED MASHBURN | ) | 1:20-mj-1102 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 14, 2020 in the county of Marion in the Southern District of Indiana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm or Ammunition |

This criminal complaint is based on these facts:
See attached affidavit (incorporated herein by reference).

☑ Continued on the attached sheet.

/s/ Dan Madison
*Complainant's signature*

Dan Madison, FBI Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (*reliable electronic means*).

Date: 12/15/2020

Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

City and state: Indianapolis, Indiana

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR CRIMINAL COMPLAINT

1. I, Dan Madison, am a Task Force Officer (TF0) with the Federal Bureau of Investigation (FBI). In that capacity, I investigate violations of federal and state laws relating to controlled substances and firearms, including violations of 21 U.S.C. § 841(a)(1) and 18 U.S.C. §§ 922(g)(1) and 924(c).

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement personnel. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. This Affidavit is submitted in support of a criminal complaint charging Jared MASHBURN, DOB XX/XX/1982, with possession of firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

4. <u>Mashburns's Criminal History</u>. A review of criminal history records revealed that MASHBURN has previously been convicted of crimes punishable by more than one year imprisonment, namely: on or about September 9, 2014, MASHBURN was convicted of Manufacturing Methamphetamine, in Parke County, Indiana, Circuit Court; on or about April 10, 2018, MASHBURN was convicted of Possession of Methamphetamine in Montgomery County, Indiana, Circuit Court; and on or about October 10, 2001, MASHBURN was convicted of Illegal Drug Lab in Tippecanoe County, Indiana, Superior Court.

5. <u>Arrest of MASHBURN</u>. On December 14, 2020, MASHBURN had a valid arrest warrant for Unlawful Possession of a Firearm by Serious Violent Felon, Resisting Law Enforcement and Possession of Methamphetamine in Putnam County, IN on OCA#67C01-1811F4-000852. On that day, officers of the Indiana State Police (ISP) initiated a stop of a Gold

2005 GMC Yukon that MASHBURN was driving. MASHBURN was the sole occupant of the vehicle. I had observed MASHBURN leave the residence at 531 S Holt Rd, Indianapolis, IN, and drive off in the Gold GMC Yukon. I followed MASHBURN until ISP officers were able to stop MASHBURN. The stop occurred in the vicinity of Holt Rd and Washington Street in Indianapolis, IN, within the Southern District of Indiana, Indianapolis Division.

6. MASHBURN was placed in handcuffs and taken into custody without incident. I told MASHBURN that there was an arrest warrant for him out of Putnam County and showed MASHBURN a copy of the arrest warrant.

7. <u>Recovery of Firearm.</u> During a search incident to arrest of MASHBURN, a loaded Glock 26, 9mm semi-automatic pistol bearing serial number AEGG341 with a round of ammunition in the chamber was recovered from MASHBURN's waistband in an appendix carry holster. A loaded Taurus .38 special revolver was recovered from an ankle holster on MASHBURN's ankle. Approximately 22 grams of suspected methamphetamine in a zip lock plastic bag was recovered from the shirt pocket of MASHBURN. The suspected methamphetamine field-tested positive for methamphetamine at the scene. Approximately $12,000.00 U.S. Currency was recovered from MASHBURN's wallet.

8. <u>Examination of Firearm and Ammunition</u>. The above-described firearms are more particularly described as a Glock 9mm semi-automatic pistol, serial number AEGG34 and a Taurus .38 special revolver, serial number UF12808. Based on my training and experience and consultation with members of the Bureau of Alcohol, Tobacco, Firearms & Explosives, I believe the recovered firearms and ammunition are "firearms" and "ammunition," respectively, as those terms are defined in 18 U.S.C. § 921. I further believe that the recovered firearms and ammunition were manufactured outside of the State of Indiana.

9.  Based on the facts set forth in this affidavit, I respectfully submit that probable cause exists to believe that on or about December 14, 2020, in the Southern District of Indiana, Jared MASHBURN, knowingly possessed a firearm and/or ammunition in violation of Title 18, United States Code, Section 922(g)(1).

       /s/ *Dan Madison*
       Dan Madison, Task Force Officer
       Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 12/15/2020

       *Paul R. Cherry*
       Paul R. Cherry
       United States Magistrate Judge
       Southern District of Indiana